# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-045-RLV-DCK

| | |
|---|---|
| CHARLES E. MOSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRILLERS SERVICE, INC., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 19) notifying the Court that the parties reached a settlement on July 7, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **August 8, 2014**.

Signed: July 8, 2014

David C. Keesler
United States Magistrate Judge